

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00300-CV

_____

IN RE SHARON COUCH AND DICKEY COUCH, Relators

---

Original Proceeding
County Court at Law No. 1 of Tarrant County, Texas
Trial Court No. 2023-007641-1

---

Before Kerr, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied.

Per Curiam

Delivered: July 3, 2024